# EXHIBIT C







Kidd Wes

**Kidd Wes-Made In America (prod. by Mindlabs) VIDEO IN DESCRIPTION**

4 years ago

# Hip-hop & Rap



0:36                                                                          3:39

Write a comment

❤  🔁  ↗  ≡  •••

▶ 85.6K   ❤ 405   🔁 170

Fuck 2016 Rappers

Official Video:

youtu.be/C7zL_OE7gnM

# Kidd Wes   # Trump   # Clinton   # Drake   # 4O
# YesJulz   # Trap

Kidd Wes

👥 3,517   ⊪ 37

Follow

⬧ Report

💬 134 comments

  LUNAR! at 0:35:                              2 years ago
Gambino ripped this shit off you G

  Dj wakach at 1:43:                          3 years ago
i fw the bass

  girls away at 1:40:                          3 years ago
loving it already

  phelp hawk at 1:09:                         3 years ago
i want it on itunes and spotify

  KelseysKicksMusic at 3:10:              4 years ago
MADE IN AMERICA, FLEX MADE ME A
TERRORIST :) REPOST!!

  Nolan J Jackman at 3:00:                4 years ago
Wonderfool voice

mark m fleetwood at 0:11:               4 years ago
Great job blue flame

---

⊪ Related tracks                              View all

Southside Matt
SSG (Trilla & Southside Matt) - No ...
▶ 38.5K   ❤ 1,057   🔁 160   💬 104

VK Rz
Gramtalk freestyle
▶ 1,406   ❤ 70   🔁 24   💬 11

LLOSTconcept
F****D UP
▶ 5,421   ❤ 17   🔁 41

🗐 In playlists                                View all

DigitalTraphouse
Best of the Week Vol. 10
❤ 2   🔁 1

DigitalTraphouse
Best of the Month Vol. 3 - Septemb...
❤ 3   🔁 1

Jules Marchisio
trap us

❤ 405 likes                                   View all



🔁 170 reposts                                View all

---

◀  ▶  ▶|  🔀  🔁        0:36 ━━━━━━━━━━━━━━━━━━  3:39   🔊    Kidd Wes
                                                                  Kidd Wes–Made In America (pro...   ❤  ⬧+  ≡