# EXHIBIT E

Case 1:21-cv-04047-VM   Document 1-5   Filed 05/06/21   Page 2 of 11

    

THREE SIXT

VIEW ALL    HOT 100 SONGS    BILLBOARD 200    VIEW ALL

HIP-HOP

# This Is Earth: Watch 12 Global Remixes of Childish Gambino's 'This Is America'

By Gil Kaufman
8/2/2018





THREE SIXTY

**TOP ARTISTS**  VIEW ALL

**TOP CHARTS**
HOT 100 SONGS    BILLBOARD 200    VIEW ALL

ARTIST MENTIONED



**Childish Gambi...**

## From China to Iraq, Brazil and Nigeria, the world has given the tune its own spin.

When Donald Glover dropped the powerful "This Is America" video back in early May the surprise Childish Gambino track immediately racked up way more YouTube views than any of the rapper/actor's other videos. But in addition to making a stark, funky statement on the state of the nation, the unapologetically blunt images of gun violence and allusions to racial profiling also opened a Pandora's box of catharsis for budding rappers across the globe to use "America" as a template to dance through their own pain and strife.

On Wednesday's (Aug. 1) edition of PRI's *The World,* some of the most striking remixed versions of the song and video from Iraq, Sierra Leone, Nigeria and France were profiled as a doorway into how Gambino's mixture of elegant beats and in-your-face imagery has inspired artists around the world. From "This Is Nigeria," which weaves some traditional instruments over lyrics about political and police corruption to the violence against women in "This Is South Africa" and the war-torn chaos of "This Is Iraq," each video and song uses the song as a template to speak on national issues.

Donald Glover Doesn't Want to Say What 'This Is America' Is About

billboard

   
like pointed parodies than political statements) speaks to the song's universal message, but the power of each remake is in the artist's inspiration to speak through the melody of Gambino's world-beat-infused track.

Check out 12 of the best "America" remixes below.

**This Is Sierra Leone**

**This Is Nigeria**



THREE SIXTY

TOP ARTISTS
  

VIEW ALL

TOP CHARTS
 HOT 100 SONGS
 BILLBOARD 200

VIEW ALL

Childish Gambino's 'This is America' is YouTube's Biggest First Week Debut This Year

## This Is Brazil

## This Is Iraq



Case 1:21-cv-04047-VM   Document 1-5   Filed 05/06/21   Page 6 of 11







TOP ARTISTS

TOP CHARTS

VIEW ALL

HOT 100 SONGS

BILLBOARD 200

VIEW ALL

THREE SIXTY

**This Is Malaysia**

**This Is South Africa**



| THREE SIXTY | TOP ARTISTS | | | VIEW ALL | TOP CHARTS HOT 100 SONGS | BILLBOARD 200 | VIEW ALL |

Childish Gambino's 'This Is America' Is A Stunning Statement on Brutality, Gun Control: Watch

## This Is Afghanistan

## This Is Uganda



billboard

THREE SIXTY

**TOP ARTISTS**    VIEW ALL

**TOP CHARTS**  HOT 100 SONGS  BILLBOARD 200 VIEW ALL

## This Is Ghana

## This Is France

billboard

# This Is India

By **Gil Kaufman**
8/2/2018

## WATCH NOW



| TOP ARTISTS | | | | TOP CHARTS | | |
|---|---|---|---|---|---|---|
|  |  |  | VIEW ALL | HOT 100 SONGS | BILLBOARD 200 | VIEW ALL |

**VIDEOS**

## Pete Davidson Recalls His Talk With Eminem After Impersonating Him on 'SNL' | Billboard News

6 hours ago

**FOLLOW BILLBOARD**

     

**THE DAILY**
A daily briefing on what matters in the music industry

Enter Your Email

SUBMIT





TOP ARTISTS   TOP CHARTS 

VIEW ALL

HOT 100 SONGS

BILLBOARD 200

VIEW ALL

Subscribe

Billboard Events

Shop

Contact Us

Careers

FAQ

Accessibility Statement

Sitemap

Media Kit

Terms of Use

Privacy Policy

AdChoices

California Privacy Rights

Do Not Sell My Personal Information



© 2021 Billboard Media, LLC. All rights reserved. BILLBOARD is a registered trademark of Billboard IP Holdings, LLC