# EXHIBIT F



music     community

# This Is Iraq
by [I-NZ](#)

▶ 00:00 / 03:16

**Digital Track**
Streaming + Download

## Free Download

I-NZ - This Is Iraq (Remix to Childish Gambino - This Is America)

Disclaimer

All rights to the musical composition belong to Childish Gambino and the record label GlassNote Records.

This video is a representation of Iraq's reality over the past 12 years and does not support, promote, nor condone violence in any shape or form.

Credits

Written by I-NZ (@official_inz)

Vocal Support by Alicia Renee and Warren Young

Follow I-NZ on his social media accounts below:

Instagram - www.instagram.com/official_inz
Facebook - www.facebook.com/OfficialINZ
Twitter - twitter.com/Official_INZ
Soundcloud - soundcloud.com/officialinz

Yeah, yeah, yeah, yeah, yeah
Yeah, yeah, yeah, go, go away
Yeah, yeah, yeah, yeah, yeah
Yeah, yeah, yeah, go, go away
Yeah, yeah, yeah, yeah, yeah
Yeah, yeah, yeah, go, go away
Yeah, yeah, yeah, yeah, yeah
Yeah, yeah, yeah, go, go away

This is not a party
Party just for you
We just wanna live
Live for more than a few
We're the only terror
Label us the fame
We just want the freedom
Keep asking in vein
This is not a party
Party just for you
We just wanna live
Live for more than a few
We're the only terror
Label us the fame
We just want the freedom
Keep asking in vein

This is Iraq
Look at us blowin' up
Nobody showin' up
Nobody ownin' up
Hathal Iraq (woo) – This is Iraq (woo)



⤴ Share / Embed



**I-NZ**
Auckland, New Zealand

Follow

I-NZ is a New Zealand rap MC.
Born in Scotland to Iraqi parents, his cultural diversity shines throughout his... more

### discography



I-NZ - Hey Trump (Russ Remix)
Feb 2020



Dollars & Dinars
Sep 2019



Let Me Love
Jan 2019

more releases...

### contact / help

Contact I-NZ