# EXHIBIT G

06 MAY 2018      back to news      RCA



   

 Download Full Press Release

# Childish Gambino Releases New Song And Video "This Is America"

prev article

next article

**CLICK HERE TO LISTEN AND WATCH THE VIDEO DIRECTED BY HIRO MURAI**

[New York, NY – May 6, 2018] Today, Grammy, Golden Globe and Emmy Award winning recording artist, actor and producer **Childish Gambino** (né Donald Glover) releases a new song and video entitled **"This Is America."** Click here to listen and watch the captivating video directed by Hiro Murai.

Earlier this week, **Childish Gambino** announced new tour dates with **Vince Staples**, which will follow the first leg of his previously announced tour with **Rae Sremmurd**. Produced by Live Nation in partnership with Wolf + Rothstein, the tour will now visit 19 cities across North America, kicking off in Atlanta on September 6 and wrapping in Nashville, TN on October 12. See below for updated tour dates.

Gambino's successful live music production PHAROS, returns for its second installation this year in New Zealand on November 23, 24 and 25. More information and tickets are available now through the Pharos Earth mobile app https://pharos.earth.

Childish Gambino with special guests Rae Sremmurd and Vince Staples tour dates:

09-06 Atlanta, GA – Infinite Energy Arena $

09-08 Chicago, IL – United Center $

09-10 Toronto, Ontario – Air Canada Centre $

09-12 Boston, MA – TD Garden $

09-14 New York, NY – Madison Square Garden $

09-15 New York, NY – Madison Square Garden $

09-18 Philadelphia, PA – Wells Fargo Center $

09-19 Washington, DC – Capital One Arena $

09-22 Houston, TX – Toyota Center $

09-23 Dallas, TX – American Airlines Center $

09-26 Inglewood, CA – The Forum $

09-27 Oakland, CA – Oracle Arena $

09-29 Seattle, WA – Key Arena $

09-30 Vancouver, British Columbia – Rogers Arena $

10-02 San Jose, CA – SAP Center at San Jose ^

10-03 Inglewood, CA – The Forum ^

10-05 Glendale, AZ – Gila River Arena ^

10-09 Denver, CO – Pepsi Center ^

10-12 Nashville, TN – Bridgestone Arena ^

\$ with Rae Sremmurd  * with Vince Staples

**Stream/purchase "This Is America"** –

http://smarturl.it/TcIgA

*"This Is America" is <u>not</u> the first official single from Childish Gambino's upcoming album on Wolf + Rothstein/RCA Records.*

**Keep up with Childish Gambino:**

http://childishgambino.com

http://facebook.com/donaldglover

http://instagram.com/childishgambino

http://twitter.com/donaldglover

related articles



**22**
MAR 2020

**Donald Glover Presents "3.15.20"**

**07**
DEC 2018

**Childish Gambino Receives 5 Grammy Nominations Including Record Of the Year, Song Of the Year And Best Music Video For "This Is America"**

**11**
JUL 2018

**Childish Gambino Releases A Summer Pack Of New Music: "Summertime Magic" And "Feels Like Summer"**

**31**
MAY 2018

**Childish Gambino's "This Is America" Certified Platinum By The RIAA**

**14**
MAY 2018

**Childish Gambino Debuts At #1 On The Billboard Hot 100 Chart With "This Is America"**

# Pssst!

## Get the latest news, updates & more, sign up for our newsletter

Your email address

sign up



artists   news   videos   releases   @rcarecords

Visit www.OnGuardOnline.gov for social networking safety tips for parents and youth. © 2021 Sony Music Entertainment. All Rights Reserved.

Send Us Feedback | Privacy Policy/Your Privacy Rights | Do Not Sell My Personal Information | Your California Privacy Rights | Terms and Conditions | Why Music Matters

   

For RCA Records Press Inquiries:
publicity@rcarecords.com