# EXHIBIT H

LAW OFFICES OF
## Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO
DIANA FABI SAMSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

December 7, 2020

**_Via Certified Mail_**

Sony Music Entertainment
c/o Business & Legal Affairs
25 Madison Avenue
New York, NY 10010

RCA Records
25 Madison Avenue
New York, NY 10010

Donald McKinley Glover, II
c/o Ziffren Brittenham LLP
1801 Century Park W.
Los Angeles, CA 90067

Jefferey Lamar Williams
c/o United Talent Agency
9336 Civic Center Drive
Beverly Hills, CA 90210

Ludwig Emil Tomas Göransson
c/o Amos Newman
William Morris Endeavor Entertainment
9601 Wilshire Blvd, 8th Fl
Beverly Hills, CA 90210

   Re: **Infringement of Copyright Owned by Emelike Nwosuocha**

Dear Sir or Madam:

  Please be advised that our firm represents Emelike Nwosuocha, a professional recording artist who performs under the stage name "Kidd Wes." Mr. Nwosuocha has retained our firm to investigate and pursue a copyright infringement claim against you in regard to the unauthorized use of protected elements of Mr. Nwosuocha's copyrighted sound recording entitled "Made in America" for the purposes of composing and recording the 2018 Childish Gambino song entitled "This is America."

  Child Gambino's "This is America" contains certain distinct thematic, lyrical, rhythmic, and melodic central elements that are strikingly similar to those found in Mr. Nwosuocha's "Made in America," which was composed, recorded, widely publicly-distributed, and

copyrighted well-before "This is America." The glaring similarities between unique shared central elements of the two songs - especially, but not only, unmistakable in the songs' respective chorus sections - are blatant to a degree beyond coincidence; no listener comparing the two songs, whether layperson or musicologist, could reasonably conclude otherwise.

There is no question but that these materials are substantially similar to the copyright-protected work of Mr. Nwosuocha, and that you had access to Mr. Nwosuocha's work, which has been continually available for public access on YouTube, among other major streaming platforms, since as early as November 9th, 2016. Furthermore, Mr. Nwosuocha has reserved all of its rights in its works under copyright and has not authorized you to reproduce, publish, provide, distribute, transmit, display, publicly perform, or otherwise make any use of such works. Therefore, your use of these works is a clear infringement of Mr. Nwosuocha's copyrights in violation of Sections 106 and 501 of the federal Copyright Act.

As a result of your unauthorized use of Mr. Nwosuocha's copyright, Mr. Nwosuocha has suffered significant damages. Because Mr. Nwosuocha's copyrights were registered prior to your infringing activity, his damages also include those statutorily provided for under the Copyright Act.

Prior to commencing a court proceeding, we are herein affording you an opportunity to discuss a pre-suit resolution so that both parties may avoid the need for lengthy, and likely costly, litigation and public scrutiny.

Please contact our office to discuss further. Should we fail to hear from you or your legal representative within ten (10) business days of the date of this letter, we will assume that you are not interested in resolving this matter; we will proceed without further notice, and take all necessary measures to protect our client's rights and interests under the law.

The above is not an exhaustive statement of all the relevant facts and law, and Mr. Nwosuocha expressly reserves all of his equitable and legal rights and remedies, including the right to seek injunctive relief and recover monetary damages.

Very Truly Yours,

/s/ Imran H. Ansari
Imran H. Ansari, Esq.