LAW OFFICES OF

# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO
DIANA FABI SAMSON
———
SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036

TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297

WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292
———
OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

May 6, 2021

**VIA ECF**

Hon. Victor Marrero
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Nwosuocha v. Glover II et al.*, No. 1:21-cv-04047-VM

Dear Judge Marrero:

    The undersigned writes the Court on behalf of Plaintiff Emelike Nwosuocha ("Nwosuocha") to advise the Court as to a confirmed courthouse systems error affecting **Exhibit A** (ECF No. 1-1) to the Complaint filed by Plaintiff in this action. Specifically, as confirmed to the undersigned's office this afternoon in a phone call with staff member Gladys of the Court's Case Openings department, a systems error is apparently causing some computers (including a number of those used by personnel within the Court's ECF Support and Computer Systems departments) to be unable to access **Exhibit A** from the docket, while other computers within the Court's system seem to be able access **Exhibit A** from the docket without incident. The Court's Cases Openings, ECF Support, and Computer Systems departments have confirmed that the issue affecting **Exhibit A** is not a filing issue, but rather a "browser issue."

    Despite that the issue has been confirmed to be a systems issue, rather than an issue with Plaintiff's filing, out of an abundance of caution, and pursuant to advice given to the undersigned's

office by Gladys of the Case Openings department, the undersigned will again file **Exhibit A** onto the docket in the form of a Notice of Exhibit. Plaintiff will file that **Notice of Exhibit A** directly subsequent to the filing of the within.

                                        Respectfully Submitted,

                                        /s/ Imran H. Ansari
                                        Imran H. Ansari, Esq.