# EXHIBIT A



SOUNDCLOUD | Home | Stream | Library | Search for artists, bands, tracks, podcasts | Sign in | Create account | Up

Kidd Wes

# Kidd Wes-Made In America (prod. by Mindlabs) VIDEO IN DESCRIPTION

4 years ago

# Hip-hop & Rap

0:00 3:39

Write a comment

Like | Repost | Share | Add to Next up | More

85.6K 405 170

Kidd Wes

3,518 37

Follow

Report

Follow Kidd Wes and others on SoundCloud.

Create a SoundCloud account | Sign in

Fuck 2016 Rappers

Official Video:

youtu.be/C7zL_OE7gnM

# Kidd Wes # Trump # Clinton # Drake # 40 # YesJulz # Trap

134 comments

LUNAR! at 0:35: 2 years ago
Gambino ripped this shit off you G

Dj wakach at 1:43: 3 years ago
i fw the bass

girls away at 1:40: 3 years ago
loving it already

phelp hawk at 1:09: 3 years ago
i want it on itunes and spotify

KelseysKicksMusic at 3:10: 4 years ago
MADE IN AMERICA, FLEX MADE ME A TERRORIST :) REPOST!!

Nolan J Jackman at 3:00: 4 years ago
Wonderfool voice

mark m fleetwood at 0:11: 4 years ago
Great job blue flame

ccbutterfield1 at 0:24: 4 years ago
it!!!!! Masterpiece!

User 151735024 at 3:00: 4 years ago
uper bra låt?? Keep up the god work !

Related tracks

Cease
MothaFucker
9,088 97 2 3

VK Rz
Gramtalk freestyle
1,407 70 24 11

pedknows
Tastyer - Pedknows
3,670 31 8 6

In playlists

DigitalTraphouse
Best of the Week Vol. 10
2 1

DigitalTraphouse
Best of the Month Vol. 3 - Sep
3 1

Jules Marchisio
trap us

405 likes

170 reposts

Go mobile

Download on the App Store | GET IT ON Google pla

Legal - Privacy - Cookie Policy - Cookie Ma

Imprint · Creator Resources · Blog · Charts
Popular searches
Language: English (US)

| | | |
|---|---|---|
| randychetsingh1960 at 0:09: Blue the music is banging as always | | 4 years ago |
| c g mcdavid68 at 0:51: Is great song for my. | | 4 years ago |
| neiljeremyhudson17 at 2:38: Love it blue | | 4 years ago |
| D G Linney at 2:36: Soo much talent...~~!!~ | | 4 years ago |
| edforelli at 3:37: this song is amazing , i like | | 4 years ago |
| Blair T x Panasik at 1:33: I look froward! I love this song! | | 4 years ago |
| ydimirybe at 3:15: Great song and awesome smile emoticon | | 4 years ago |
| philiphypaoli1988 at 3:03: Amazing, it really is | | 4 years ago |
| yqomibonu58 at 2:14: sneakers on point | | 4 years ago |
| pat s a cooper at 2:58: So excited for you! Good luck! | | 4 years ago |
| eqokabyvugi at 0:15: uper bra låt?? Keep up the god work ! | | 4 years ago |
| CPBrooks at 3:21: I love this song *** | | 4 years ago |
| trentnobriggs6 at 2:50: it!!!!! Masterpiece! | | 4 years ago |
| arebylukiwi at 1:52: A great song! Wish you all | | 4 years ago |
| F z Gossett3 at 1:03: very nice!!!Love it! | | 4 years ago |
| IJGormley3 at 1:55: Great song and awesome smile emoticon | | 4 years ago |
| joshlcrook at 2:13: My ambition was always my favorite | | 4 years ago |
| ocimakiwew56 at 3:22: It's fantastic!! ;D <333 | | 4 years ago |
| uhabezuraty at 2:03: one word AMAZING | | 4 years ago |
| J L Forrester75 at 0:41: good luck guys you deserve it~@# | | 4 years ago |
| c d webber7 at 0:28: Great job blue flame | | 4 years ago |
| SlWregget at 0:33: I love this song | | 4 years ago |
| Silas D D Emmery at 2:25: Wonderfool voice | | 4 years ago |

**punutuw92** at 0:09:
Loved the song was good
4 years ago

**rossenadeau4** at 2:47:
perfect song. one of my favourites
4 years ago

**jacob fritshaw92** at 3:37:
Beautiful song well song
4 years ago

**ragubuxefi** at 3:00:
So excited for you! Good luck!
4 years ago

**austinbescobedo1983** at 1:41:
Again and again I Loved it
4 years ago

**ywimepycyw1964** at 3:29:
My one and only voice...Love this voice
4 years ago

**Jasmine** at 2:33:
bad ass rap <3
4 years ago

**Sheila** at 1:50:
Lyrical GENIUS
4 years ago

0:00 — 3:39

Kidd Wes
Kidd Wes-Made In America (prod. b...



# Kidd Wes-Made In America [Official Music Video] (Shot by Gfxkid Films)

122,560 views • Nov 9, 2016

👍 1K   👎 119   SHARE   SAVE   •••

**Kidd Wes**
379 subscribers

SUBSCRIBE

Kidd Wes- MADE IN AMERICA

Follow Me:

SHOW MORE

---

**Prince Riley - "Brothers" (Official Video Shot By |...**
PRINCE RILEY RFMG
165K views • 3 years ago

**Kidd Wes- Blvd Dreams (Official Video) [Directed by Roberto...**
Kidd Wes
15K views • 5 years ago

**03. Memoirs of a Gold Chain (prod. by Mikey Beatz)**
Kidd Wes
693 views • 6 years ago

**Kidd Wes- Made in America [Behind the Scenes**
Kidd Wes
17K views • 4 years ago

**morray - quicksand (official music video)**
Morray
65M views • 6 months ago

**E-40 "I STAND ON THAT" FT. JOYNER LUCAS & T.I. (MUSIC...**
E40TV
7.6M views • 1 month ago

**2000s r&b playlist to get you in your feels reupload**
Ahmad-Xv
612K views • 3 months ago

**RUN DMC - Walk This Way (Official HD Video) ft. Aerosmith**
Run DMC
90M views • 11 years ago

**O4L Jigg - SHOOTA SHOOTA**
O4L Jigg
1K views • 4 years ago

**JokaaG - Heart (Official Music Video) Shot By @HoldUpTV**
HoldUpTV
73K views • 2 years ago

**NLE Choppa - Final Warning (Official Video)**
NLE CHOPPA
6.7M views • 4 days ago
New

**Polo G - RAPSTAR (Official Video)**
Polo G
49M views • 3 weeks ago

**Eminem - Godzilla ft. Juice WRLD (Directed by Cole...**
Lyrical Lemonade
363M views • 1 year ago

**Pooh Shiesty - Back In Blood (feat. Lil Durk) [Official Music...**
Pooh Shiesty
130M views • 4 months ago

**21 Savage - a lot (Official Video) ft. J. Cole**
21 Savage
365M views • 2 years ago

**Yung Bleu - You're Mines Still (feat. Drake) [Official Video]**
Yung Bleu
108M views • 4 months ago

**Mac Miller - Self Care (Official Music Video)**
Mac Miller
281M views • 2 years ago

**06. In Between the Lines Ft. Ca$he & DJ Fly Guy (prod. by...**
Kidd Wes
35 views • 6 years ago

**Bblasian - Change (Official Video)**
Lil Zayo
690K views • 3 years ago

**Childish Gambino - Feels Like Summer**
Donald Glover
222M views • 2 years ago