LAW OFFICES OF
*Aidala, Bertuna & Kamins, P.C.*

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
HON. JOHN LEVENTHAL (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON
ANDREA M. ARRIGO
MICHAEL DIBENEDETTO
TAYLOR FRIEDMAN

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

July 30, 2021

<u>VIA ECF</u>
Hon. Victor Marrero
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: <u>*Nwosuocha v. Glover II et al.*, No. 1:21-cv-04047-VM</u>

Dear Judge Marrero:

  The undersigned counsel to Plaintiff Emelike Nwosuocha ("Nwosuocha") herein writes the Court to request a discretionary enlargement of time to serve the Complaint in this matter upon the Defendants. This request is for good cause pursuant to Rule 4(m) of the Federal Rules of Civil Procedure ("Rule 4(m)").

  Pursuant to Rule 4(m), the 90-day deadline for service of the Complaint, which Nwosuocha filed on May 6, 2021, requires service on or by August 4, 2021. Nwosuocha respectfully asks the Court for a sixty (60) day enlargement of this period, placing the deadline to serve the Complaint in this matter on October 3, 2021.

  The undersigned and Defendant Donald McKinley Glover, II's ("Glover") counsel, Jonathan Davis, have conferred on several occasions regarding a voluntary acceptance of service of the Complaint, coupled with a stipulated response date, and are working towards reaching an agreement. It is Mr. Davis' understanding that other Defendants are currently in the process of solidifying legal representation. Once that process is complete, Plaintiff will request acceptance of

- 2 -

service of the Complaint through their counsel, thereby avoiding unnecessary incurrences of time and expense by way of process server(s).

Accordingly, as a sixty-day enlargement of the time for service advances the dual interests of affording the Defendants a sufficient opportunity to arrange representation and the conservation of time and resources, Nwosuocha respectfully requests that the Court grant an enlargement of the time for service the Complaint to October 3, 2021, for good cause under Rule 4(m).

Respectfully submitted,

**AIDALA, BERTUNA & KAMINS, P.C.**

By:  /s/ Imran H. Ansari
Imran H. Ansari, Esq.
546 Fifth Avenue, 6th Floor
New York, NY 10036
T: (212) 486-0011
F: (212) 750-8297
iansari@aidalalaw.com

- 2 -

AIDALA, BERTUNA & KAMINS, P.C. • 546 FIFTH AVENUE, NEW YORK, NY, 10036 • T: 212-486-0011 • F: 212-750-8297 • WWW.AIDALALAW.COM