AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| EMELIKE NWOSUOCHA <br><br> *Plaintiff(s)* <br><br> v. <br><br> Donald McKinley Glover II, RCA Records, Sony Music Entertainment, Young Stoner Life Publishing LLC, Kobalt Music Publishing America, Inc. d/b/a Songs of Kobalt Music Publishing, Theory Entertainment LLC d/b/a 300 Entertainment, Atlantic Recording Corporation, Roc Nation Publishing LLC d/b/a Songs of Roc Nation, Songs of Universal, Inc., Warner Music Group Corp., Warner-Tamerlane Publishing Corp., Ludwig Emil Tomas Gorannson, and Jefferey Lamar Williams <br><br> *Defendant(s)* | Civil Action No. 1:21-cv-04047-VM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EMIL TOMAS GÖRANSSON
c/o Allen B. Grodsky, Esq.
Grodsky, Olecki & Puritsky LLP
11111 Santa Monica Blvd., Suite 1070
Los Angeles, CA 90025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |