UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S) AIDALA, BERTUNA, & KAMINS PC
546 FIFTH AVENUE 6TH FLR. NEW YORK, NY 10036 | PH: (212) 486-0011

Case Number: 1:21-cv-04047-VM
Date Filed: 05-06-2021

Emelike Nwosuocha

Plaintiff

vs

Donald McKinley Glover II, et al

Defendant

STATE OF NEW YORK, COUNTY OF WESTCHESTER, SS.:

**AFFIDAVIT OF SERVICE**

Jose R. Lagos, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on 9/27/2021, at 10:23 AM at 600 Mamaroneck Avenue Suite 400, Harrison, NY 10528, Deponent served the within Summons In a Civil Action and Complaint, with the Index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: Roc Nation Publishing LLC c/o Corporate Creations Network, Defendant therein named, ( hereinafter referred to as "subject").

By delivering to and leaving with KATE DILORENZO said individual to be Authorized Agent who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity. A description of KATE DILORENZO is as follows:

**Sex:** Female   **Color of skin:** White   **Color of hair:** Brown   **Age:** 55
**Height:** 5ft4in-5ft8in   **Weight:** 161-200 Lbs.   **Other:**

Sworn to before me on September 30, 2021

Heather Mathe
Notary Public - State of New York
No.01MA6388964; Qualified in Westchester County
My Commission Expires March 18, 2023

Client's File No.:

Process Server, Please Sign
Jose R. Lagos
Lic#:
Job #: 2122538

*Inter County Judicial Services, LLC, 6851 Jericho Turnpike, Suite 180, Syosset, NY 11791 LICENSE # 1371771*