# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 1:21-cv-04047-VM | USDC | SOUTHERN DISTRICT, NY | 6165583 (2122549) |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| EMELIKE NWOSUOCHA | DONALD MCKINLEY GLOVER II, ET AL. |

| Received by: | For: |
|---|---|
| Phoenix Legal | Inter County Judicial Services LLC |

**To be served upon:**
Young Stoner Life Publishing, LLC

I, Frank James, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** CHRISTY DRABECK, 900 OLD ROSWELL LAKES PKWY STE. 310, ROSWELL, GA 30076
**Manner of Service:** Corporation, Sep 27, 2021, 2:33 pm EDT
**Documents:** Summons in a Civil Action and Complain

**Additional Comments:**
1) Successful Attempt: Sep 27, 2021, 2:33 pm EDT at 900 OLD ROSWELL LAKES PKWY STE. 310, ROSWELL, GA 30076 received by CHRISTY DRABECK. Age: 30; Ethnicity: Caucasian; Gender: Female; Weight: 125; Height: 5'4"; Hair: Blond; Relationship: AUTHORIZED AGENT ;

_____          9/27/21
Frank James                        Date
179

Phoenix Legal
251 Springs Xing
Canton, GA 30114
(770) 873-6999