**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**
ATTORNEY(S) AIDALA, BERTUNA, & KAMINS PC
546 FIFTH AVENUE 6TH FLR. NEW YORK, NY 10036 | PH: (212) 486-0011

Case Number: 1:21-cv-04047-VM
Date Filed: 05-06-2021

Emelike Nwosuocha

Plaintiff

vs

Donald McKinley Glover II, et al

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

Raed Ibrahim, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **9/30/2021**, at **12:10 PM** at **28 Liberty Street, New York, NY 10005**, Deponent served the within **Summons in a Civil Action and Complaint**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **Atlantic Recording Corporation c/o CT Corp**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering to and leaving with **Christopher Boyd** said individual to be **Agent For Service Of Process** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity. A description of Christopher Boyd is as follows:

**Sex**: Male   **Color of skin**: Black   **Color of hair:** Bald   **Age**: 36-50
**Height**: 5ft9in-6ft0in   **Weight**: Over 200 Lbs.   **Other** :

Sworn to before me on October 4, 2021

Denise Bedell
Notary Public - State of New York
No. 01BE6091831; Qualified in Nassau County
My Commission Expires MAY 5, 2023

Client's File No.:

Process Server, Please Sign
Raed Ibrahim
Lic# 1326602
Job #: 2122532

INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771