| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| EMELIKE NWOSUOCHA,<br><br>　　　　　　　PLAINTIFF,<br><br>　-AGAINST-<br><br>DONALD MCKINLEY GLOVER, II, JEFFEREY LAMAR WILLIAMS, LUDWIG EMIL TOMAS GÖRANSSON, KOBALT MUSIC PUBLISHING AMERICA, INC. D/B/A SONGS OF KOBALT MUSIC PUBLISHING, RCA RECORDS, SONY MUSIC ENTERTAINMENT, YOUNG STONER LIFE PUBLISHING LLC, THEORY ENTERTAINMENT LLC D/B/A 300 ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ROC NATION PUBLISHING LLC D/B/A SONGS OF ROC NATION, SONGS OF UNIVERSAL, INC., WARNER MUSIC GROUP CORP., AND WARNER-TAMERLANE PUBLISHING CORP.,<br><br>　　　　　　　DEFENDANTS. | Case No. 1:21-cv-04047-VM<br><br>Hon. Victor Marrero |

## NOTICE OF APPEARANCE OF ALEX SPIRO

PLEASE TAKE NOTICE that Alex Spiro appears as counsel in this action on behalf of Defendant ROC Nation Publishing LLC.

Dated:   October 7, 2021

　　　　　　　　　　　　　　　　　　　　　**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

　　　　　　　　　　　　　　　　　　　By:　　*/s/ Alex Spiro*
　　　　　　　　　　　　　　　　　　　　　Alex Spiro (AS3143)
　　　　　　　　　　　　　　　　　　　　　51 Madison Avenue, 22nd Floor
　　　　　　　　　　　　　　　　　　　　　New York, NY 10010
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 849-7000
　　　　　　　　　　　　　　　　　　　　　alexspiro@quinnemanuel.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant ROC Nation*
　　　　　　　　　　　　　　　　　　　　　*Publishing LLC*