UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMELIKE NWOSUOCHA,

          PLAINTIFF,

-AGAINST-

DONALD MCKINLEY GLOVER, II, JEFFEREY LAMAR WILLIAMS, LUDWIG EMIL TOMAS GÖRANSSON, KOBALT MUSIC PUBLISHING AMERICA, INC. D/B/A SONGS OF KOBALT MUSIC PUBLISHING, RCA RECORDS, SONY MUSIC ENTERTAINMENT, YOUNG STONER LIFE PUBLISHING LLC, THEORY ENTERTAINMENT LLC D/B/A 300 ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ROC NATION PUBLISHING LLC D/B/A SONGS OF ROC NATION, SONGS OF UNIVERSAL, INC., WARNER MUSIC GROUP CORP., AND WARNER-TAMERLANE PUBLISHING CORP.,

          DEFENDANTS.

Case No. 1:21-cv-04047-VM

Hon. Victor Marrero

## NOTICE OF APPEARANCE OF PAUL B. MASLO

PLEASE TAKE NOTICE that Paul B. Maslo appears as counsel in this action on behalf of Defendant ROC Nation Publishing LLC.

Dated: October 7, 2021

                                                QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                                By:   */s/ Paul B. Maslo*
                                                         Paul B. Maslo (PM4410)
                                                         711 Louisiana Street, Suite 500
                                                         Houston, Texas 77002
                                                         Telephone: (713) 221-7130
                                                         paulmaslo@quinnemanuel.com

                                                         *Attorneys for Defendant ROC Nation Publishing LLC*