UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                              :

EMELIKE NWOSUOCHA,                     :

                      Plaintiff,       :   1:21-cv-04047 (VM)

                   v.             :

DONALD MCKINLEY GLOVER, II, et al.   :

               Defendants.   :

                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**STIPULATION TO FURTHER EXTEND DEFENDANTS' TIME TO
ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

WHEREAS, on May 6, 2021, Plaintiff Emelike Nwosuocha filed his Complaint (the "Complaint") in the above-captioned action;

WHEREAS, Plaintiff has properly effected service of the Summons and Complaint upon Donald McKinley Glover, II, Ludwig Emil Tomas Göransson, Kobalt Music Publishing America, Inc. d/b/a Songs of Kobalt Music Publishing, RCA Records, Sony Music Entertainment, and Young Stoner Life Publishing, LLC, Theory Entertainment LLC d/b/a 300 Entertainment, Atlantic Recording Corporation, Roc Nation Publishing LLC d/b/a Songs of Roc Nation, Songs of Universal, Inc., Warner Music Group Corp., and Warner-Tamerlane Publishing Corp. (collectively, the "Served Defendants");

WHEREAS, Jeffery Lamar Williams ("Williams") hereby accepts service of process of the Summons and Complaint;

WHEREAS, Williams has agreed to accept service of process in exchange for Plaintiff's agreement to extend for each named defendant the time in which to answer, move, or otherwise respond to the Complaint;

WHEREAS, Plaintiff acknowledges that he will save considerable time and expense by entering into this stipulation; and

WHEREAS, the parties to this stipulation agree that establishing a single date to answer, move, or otherwise respond to the Complaint advances the interests of judicial economy and saves the parties time and expense;

NOW, THEREFORE, Plaintiff and the Served Defendants, along with Williams (collectively, "Defendants"), by and through their undersigned counsel or agents, hereby stipulate as follows:

1. Defendants shall answer, move, or otherwise respond to the Complaint on or before Wednesday, December 22, 2021.

2. Defendants preserve all of their respective challenges, defenses, and responses to the Complaint, except they shall not raise the defense of improper service of process.

3. This stipulation may be signed in counterparts, and any facsimile/PDF/electronic signatures shall be deemed original signatures.

Dated:  November 17, 2021
        New York, New York

AIDALA BERTUNA & KAMINS PC.


By:     */s/ Imran H. Ansari*
        Imran H. Ansari
        546 Fifth Avenue, 6th Floor
        New York, New York 10036
        (212) 486-0011
        *Attorneys for Plaintiff Emelike Nwosuocha*

2

JONATHAN D. DAVIS, P.C.


By: */s/ Jonathan D. Davis*
   Jonathan D. Davis
   Derek A. Williams
   10 Rockefeller Plaza, Suite 1015
   New York, New York 10020
   (212) 687-5464
   *Attorneys for Defendant Donald McKinley*
   *Glover, II*


JONATHAN D. DAVIS, P.C.


By: */s/ Jonathan D. Davis*
   Jonathan D. Davis
   Derek A. Williams
   10 Rockefeller Plaza, Suite 1015
   New York, New York 10020
   (212) 687-5464
   *For purposes of this stipulation only,*
   *Attorneys for Defendants Jeffery Lamar*
   *Williams, Young Stoner Life Publishing, LLC,*
   *Atlantic Recording Corporation, Warner-*
   *Tamerlane Publishing Corp., Warner Music*
   *Group Corp., Kobalt Music Publishing*
   *America, Inc., d/b/a Songs of Kobalt Music*
   *Publishing, RCA Records, Sony Music*
   *Entertainment, Young Stoner Life Publishing,*
   *LLC, Theory Entertainment LLC d/b/a 300*
   *Entertainment, and Songs of Universal, Inc.*


GRODSKY, OLECKI & PURITSKY LLP


By: */s/ Allen Grodsky*
   Allen Grodsky
   11111 Santa Monica Blvd., Suite 1070
   Los Angeles, California 90025
   (310) 315-3009
   *As authorized signatory for purposes of this*
   *stipulation o/b/o Defendant Ludwig Emil*
   *Tomas Göransson*

3

QUINN EMANUEL URQUHART &
SULLIVAN LLP


By:     */s/ Alex Spiro*
        Alex Spiro
        51 Madison Avenue, 22nd Floor
        New York, New York 10010
        (212) 849-7000
        *Attorneys for Defendant Roc Nation*
        *Publishing LLC d/b/a Songs of Roc Nation*


SO ORDERED:


_____
The Honorable Victor Marrero
United States District Court Judge