AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| EMELIKE NWOSUOCHA, *Plaintiff* <br> v. <br> DONALD MCKINLEY GLOVER, II, et al., *Defendant* | Case No. 21-cv-04047-VM |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Please see attached addendum.

Date: 12/22/2021

/s/ Derek A. Williams
*Attorney's signature*

Derek A. Williams (4287090)
*Printed name and bar number*
JONATHAN D. DAVIS, P.C.
10 Rockefeller Plaza, Suite 1015
New York, New York 10020

*Address*

daw@jddavispc.com
*E-mail address*

(212) 687-5464
*Telephone number*

(212) 697-2521
*FAX number*

## **Addendum**

The following parties are represented by Derek A. Williams of Jonathan D. Davis, P.C.:

Donald McKinley Glover, II

Ludwig Emil Tomas Göransson

Jeffery Lamar Williams

Kobalt Music Publishing America, Inc. d/b/a Songs of Kobalt Music Publishing

RCA Records

Sony Music Entertainment

Young Stoner Life Publishing, LLC

Theory Entertainment LLC d/b/a 300 Entertainment

Atlantic Recording Corporation

Warner Music Group Corp.

Warner-Tamerlane Publishing Corp.