UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMELIKE NWOSUSCHA,<br><br>*Plaintiff,*<br><br>– *against* –<br><br>DONALD MCKINLEY GLOVER, II, et. al,<br><br>*Defendants.* | Case No.:   1:21-cv-04047<br><br>**NOTICE OF APPEARANCE** |

TO:   The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court and hereby enters her appearance in this case as counsel for defendant Songs of Universal, Inc., and requests that copies of all notices and other papers in the above-captioned action be served upon the undersigned as indicated below.

Dated:  New York, New York
           December 23, 2021

PRYOR CASHMAN LLP

By: s/Ilene S. Farkas
      Ilene S. Farkas
      7 Times Square
      New York, NY 10036
      Tel: 212-421-4100
      *ifarkas@pryorcashman.com*
      *Attorneys for Defendant,*
      *Songs of Universal, Inc.*