UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMELIKE NWOSUSCHA,<br><br>*Plaintiff,*<br><br>– *against* –<br><br>DONALD MCKINLEY GLOVER, II, et. al,<br><br>*Defendants.* | Case No.:   1:21-cv-04047<br><br>**NOTICE OF APPEARANCE** |

TO:   The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court and hereby enters his appearance in this case as counsel for defendant Songs of Universal, Inc., and requests that copies of all notices and other papers in the above-captioned action be served upon the undersigned as indicated below.

Dated: New York, New York
December 23, 2021

PRYOR CASHMAN LLP

By: *[signature]*
Donald S. Zakarin
7 Times Square
New York, NY 10036
Tel: 212-421-4100
*dzakarin@pryorcashman.com*
*Attorneys for Defendant,*
*Songs of Universal, Inc.*