## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
                                    :
EMELIKE NWOSUOCHA,                  :
                                    :
                Plaintiff,          :   1:21-cv-04047 (VM)
                                    :
        v.                          :   RULE 7.1 STATEMENT
                                    :
DONALD MCKINLEY GLOVER, II, et al.  :
                                    :
                Defendants.         :
                                    :
                                    :
------------------------------------x
```

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Kobalt Music Publishing America, Inc. d/b/a Songs of Kobalt Music Publishing ("Kobalt") certifies that:

Kobalt America Holdings, Inc. owns ten percent (10%) or more of Kobalt's stock.

Dated: February 23, 2022
      New York, New York

                                   JONATHAN D. DAVIS, P.C.

                  By:   */s/ Jonathan D. Davis*
                         Jonathan D. Davis
                         Attorney Bar Code: 1840321
                         1 Rockefeller Plaza, Suite 1712
                         New York, New York 10020
                         (212) 687-5464