UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
                                    :
EMELIKE NWOSUOCHA,                  :
                                    :
                Plaintiff,          :    1:21-cv-04047 (VM)
                                    :
        v.                          :    RULE 7.1 STATEMENT
                                    :
DONALD MCKINLEY GLOVER, II, et al.  :
                                    :
                Defendants.         :
                                    :
                                    :
------------------------------------x
```

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants Sony Music Entertainment and RCA Records certifies that:

Sony Corporation, a publicly traded Japanese corporation, indirectly owns ten percent (10%) or more of Sony Music Entertainment, which encompasses RCA Records. RCA Records is not a business entity, but an unincorporated business unit of Sony Music Entertainment.

Dated: February 23, 2022
New York, New York

JONATHAN D. DAVIS, P.C.

By:  */s/ Jonathan D. Davis*
Jonathan D. Davis
Attorney Bar Code: 1840321
1 Rockefeller Plaza, Suite 1712
New York, New York 10020
(212) 687-5464