UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
                                    :
EMELIKE NWOSUOCHA,                  :
                                    :
                Plaintiff,          :   1:21-cv-04047 (VM)
                                    :
        v.                          :   RULE 7.1 STATEMENT
                                    :
DONALD MCKINLEY GLOVER, II, et al.  :
                                    :
                Defendants.         :
                                    :
------------------------------------x
```

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants Warner Music Group Corp., Atlantic Recording Corporation, Warner-Tamerlane Publishing Corp., and Theory Entertainment LLC d/b/a 300 Entertainment certifies that:

Atlantic Recording Corporation, Warner-Tamerlane Publishing Corp., and Theory Entertainment LLC are wholly-owned indirect subsidiaries of Warner Music Group Corp., which is a publicly traded company with more than ten percent (10%) of its stock owned by AI Entertainment Holdings LLC and certain of its affiliates, which are not publicly traded companies.

Dated: February 23, 2022
       New York, New York

                                            JONATHAN D. DAVIS, P.C.

By:   */s/ Jonathan D. Davis*
      Jonathan D. Davis
      Attorney Bar Code: 1840321
      1 Rockefeller Plaza, Suite 1712
      New York, New York 10020
      (212) 687-5464