UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
EMELIKE NWOSUOCHA,

                Plaintiff,              1:21-cv-04047 (VM)

      v.                                       **RULE 7.1 STATEMENT**

DONALD MCKINLEY GLOVER, II, et al.

                Defendants.

---------------------------------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendant Songs of Universal, Inc. ("Universal") certifies that its ultimate parent is Universal Music Group, N.V., a Netherlands public limited company. No publicly-held corporation owns 10% or more of Universal's stock.

Dated: March 15, 2022
       New York, New York

                                        PRYOR CASHMAN LLP

                            By: _____
                                        Ilene S. Farkas
                                        Attorney Bar Code: IF3212
                                        7 Times Square
                                        New York, New York 10036
                                        (212) 421-4100

                                        *Attorneys for Defendant Songs*
                                        *of Universal, Inc.*