## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMELIKE NWOSUOCHA, | |
| Plaintiff, | 1:21-cv-04047 (VM) |
| v. | **NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| DONALD MCKINLEY GLOVER, II, et al., | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Emelike Nwosuocha and his counsel of record, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against only defendants RCA Records and Warner Music Group Corp. An electronic PDF signature shall be deemed an original for the purposes of this notice.

Dated: April 19, 2022
New York, New York

AIDALA BERTUNA & KAMINS PC.

By: */s/ Imran H. Ansari*
Imran H. Ansari
546 Fifth Avenue, 6th Floor
New York, New York 10036
(212) 486-0011

*Attorneys for Plaintiff Emelike Nwosuocha*