## JONATHAN D. DAVIS, P.C.

ATTORNEYS AT LAW

1 ROCKEFELLER PLAZA
SUITE 1712
NEW YORK, NEW YORK 10020

TEL: (212) 687-5464
FAX: (212) 697-2521
WWW.JDDAVISPC.COM

June 14, 2022

**VIA ECF**

The Honorable Victor Marrero
United States District Court Judge
United States District Court
500 Pearl Street, Suite 1610
New York, New York 10007

      Re: Nwosuocha v. Glover, et al. (Civ. Action No. 21-cv-04047)

Dear Judge Marrero:

      I am one of the counsel of record for Defendants Donald McKinley Glover, II, Ludwig Emil Tomas Göransson, Jeffery Lamar Williams, Kobalt Music Publishing America, Inc. d/b/a Songs of Kobalt Music Publishing, RCA Records, Sony Music Entertainment, Young Stoner Life Publishing, LLC, Theory Entertainment LLC d/b/a 300 Entertainment, Atlantic Recording Corporation, Warner Music Group Corp., and Warner-Tamerlane Publishing Corp. (the "Davis Firm Clients") in the above-referenced action. I filed my Notice of Appearance on December 22, 2021. [Dkt. No. 69.]

      I write to advise the Court and all counsel of record that, effective June 15, 2022, I will no longer be employed by Jonathan D. Davis, P.C. – the law firm retained to represent the Davis Firm Clients – because I have accepted an in-house position. Although my employment is ending, the firm and its principal, Jonathan D. Davis, who has entered a Notice of Appearance, will remain lead counsel of record for all of the Davis Firm Clients.

      The above-referenced copyright infringement action is in its early stages. The parties have exchanged pre-motion letters concerning defendants' contemplated motion to dismiss the Plaintiff's Complaint and are awaiting a pre-motion conference concerning the issues raised in their respective letters.

      I respectfully request, pursuant to Local Rule 1.4, that the Court issue an order relieving me as counsel of record for the Davis Firm Clients.

The Honorable Victor Marrero
June 14, 2022
Page 2

I thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Derek Williams*

Derek Williams

cc: All Counsel (Via ECF)
    Davis Firm Clients (Via Email/PDF)

---

Attorney Derek Williams's request to withdraw as counsel of record for defendants is hereby GRANTED.

**SO ORDERED.**

Dated: June 21, 2022
       New York, New York

Victor Marrero
U.S.D.J.