**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EMELIKE NWOSUOCHA, | Case No. 1:21-cv-04047 (VM) |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEADLINE TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT AND ASSOCIATED BREIFING SCHEDULE** |
| v. | |
| DONALD MCKINLEY GLOVER, II, et al. | |
| Defendants. | |

**WHEREAS**, on May 6, 2021, Plaintiff Emelike Nwosuocha filed his complaint (the "Complaint") in the above-captioned action;

**WHEREAS**, in accordance with the Court's Individual Practices, Plaintiff and Defendants (collectively, the "Parties") engaged in pre-motion correspondence concerning a motion to dismiss that Defendants proposed filing against Plaintiff (the "Motion to Dismiss");

**WHEREAS,** Plaintiff voluntarily dismissed from the action, without prejudice, Defendants RCA Records and Warner Music Group Corp.;

**WHEREAS**, after reviewing the parties' pre-motion correspondence, the Court entered an Order on June 24, 2022, which permitted Defendants to file the Motion to Dismiss (subject to certain limitations and scheduling), but did not direct a deadline by which Defendants must respond to the Complaint;

**WHEREAS,** by subsequent memo endorsement, dated July 29, 2021, the Court "directed the Parties to submit an agreed upon joint briefing schedule for defendants' anticipated motion to dismiss" in September 2022; and

1

**NOW**, **THEREFORE**, Plaintiff and Defendants, by and through their undersigned counsel, hereby agree as follows:

1. Defendants shall file the Motion to Dismiss on September 9, 2022.

2. Plaintiff's opposition to the Motion to Dismiss shall be filed on or before September 16, 2022.

3. Defendants shall file a reply, if any, on or before September 23, 2022.

4. This stipulation may be signed in counterparts, and facsimile/PDF/electronic signatures shall be deemed original signatures.

Dated:  August 12, 2022
         New York, New York

**AIDALA, BERTUNA & KAMINS P.C.**

By:  /s/ Imran Ansari
     Imran H. Ansari
     546 Fifth Avenue, 6th Floor
     New York, NY 10036
     T: (212) 486-0011
     F: (212) 750-8297
     iansari@aidalaw.com
     *Attorneys for Plaintiff Emelike Nwosuocha*

**JONATHAN D. DAVIS, P.C.**

By:  /s/ Jonathan D. Davis
     Jonathan D. Davis
     Derek A. Williams
     10 Rockefeller Plaza, Suite 1015
     New York, New York 10020
     T: (212) 687-5464
     F: (212) 697-2521
     jdd@jddavicpc.com
     *Attorneys for Defendants Atlantic Recording*
     *Corporation, Warner-Tamerlane Publishing*
     *Corp., Warner Music Group Corp., Kobalt*
     *Music Publishing America, Inc., d/b/a Songs*
     *of Kobalt Music Publishing, RCA Records,*
     *Sony Music Entertainment, Young Stoner*

*Life Publishing, LLC, Theory Entertainment*
*LLC d/b/a 300 Entertainment*

**PRYOR CASHMAN LLP**

By:     /s/ Ilene Farkas
        Ilene S. Farkas
        7 Times Square,
        New York, NY 10036
        T: (212) 421-4100
        F: (212) 326-0806
        ifarkas@pryorcashman.com
        *Attorneys for Defendant Songs of Universal,*
        *Inc.*

**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**

By:     /s/ Paul Maslo
        Paul Maslo
        51 Madison Avenue, 22nd Floor
        New York, New York 10010
        T: (212) 849-7000
        F: (212) 849-7100
        alexspiro@quinnemanuel.com
        *Attorneys for Defendant Roc Nation*
        *Publishing LLC d/b/a Songs of Roc Nation*

**IT IS SO ORDERED.**

DATED: ___August 15, 2022___

Victor Marrero
U.S.D.J.

3