## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
EMELIKE NWOSUOCHA,  :
:
                Plaintiff,  :  1:21-cv-04047 (VM)
:
    v.  :
:  **RULE 7.1 STATEMENT**
DONALD MCKINLEY GLOVER, II, et al.  :
:
               Defendants.  :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Young Stoner Life Publishing, LLC certifies that there is no parent corporation or publicly held corporation owning ten percent (10%) or more of its membership interest.

Dated:   September 6, 2022
           New York, New York

                                          JONATHAN D. DAVIS, P.C.

                        By:    */s/ Jonathan D. Davis*
                                 Jonathan D. Davis
                                 Attorney Bar Code: 1840321
                                 1 Rockefeller Plaza, Suite 1712
                                 New York, New York 10020
                                 (212) 687-5464