# EXHIBIT D



The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

[Help] [Search] [History] [Titles] [Start Over]

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001768256
Search Results: Displaying 1 of 1 entries

[previous] [next]



**"Made In America".**

|   |   |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001768256 / 2011-09-12 |
| **Application Title:** | "Made In America" (as recorded by Jay-Z and Kanye West on CD titled "Watch The Throne" on Roc-A-Fella Records) |
| **Title:** | "Made In America". |
| **Description:** | Compact disk (CD) |
| **Copyright Claimant:** | Kanye West. Address: street Not Known, city Not Known. |
|   | Shawn Carter. Address: street Not Known, city Not Known. |
|   | Shama Joseph. Address: street Not Known, city Not Known. |
|   | Mike Dean. Address: street Not Known, city Not Known. |
|   | Bug Music, Transfer: By written agreement. Address: 6100 Wilshire Blvd. Suite 1600, Los Angeles, CA, 90048, United States. |
|   | Heavens Research, Transfer: By written agreement. Address: street Not Known, city Not Known. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-08-12 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Frank Ocean, pseud. of Bug Music, Inc. as employer for hire of Christopher Breaux (author of pseudonymous work), employer for hire; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|   | Kanye West; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|   | Jay-Z, pseud. of Shawn Carter; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|   | Sak Pase, pseud. of Shama Joseph; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|   | Mike Dean; Domicile: United States; Citizenship: United States. Authorship: music, |

lyrics.

**Names:** Ocean, Frank, pseud.

West, Kanye

Carter, Shawn

Jay-Z, pseud.

Joseph, Shama

Sak Pase, pseud.

Dean, Mike

Bug Music, Inc. as employer for hire of Christopher Breaux

Bug Music

Heavens Research



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record   Format for Print/Save |
| Enter your email address:                Email |

---

Help | Search | History | Titles | Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page