# EXHIBIT E



| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001776533
Search Results: Displaying 1 of 1 entries



Labeled View

### *Made In America.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001776533 / 2011-12-09 |
| **Application Title:** | Made In America. |
| **Title:** | Made In America. |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Tokeco Tunes, Transfer: Written agreement. Address: 2303 21st Ave South, 3rd Floor, Nashville, TN, 37212, United States. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-06-09 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Toby Keith Covel, 1961- ; Citizenship: United States. Authorship: music, lyrics. Bobby Pinson; Citizenship: United States. Authorship: music, lyrics. Gregory Scott Reeves; Citizenship: United States. Authorship: music, lyrics. |
| **Names:** | Covel, Toby Keith, 1961-<br>Pinson, Bobby<br>Reeves, Gregory Scott<br>Tokeco Tunes |



| **Save, Print and Email ([Help Page](#))** | |
|---|---|
| Select Download Format Full Record ▼ | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page