# EXHIBIT F



**The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001786233
Search Results: Displaying 1 of 1 entries



---

Labeled View

*Made in America.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001786233 / 2012-05-13 |
| **Application Title:** | Made in America. |
| **Title:** | Made in America. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | John Sembello, 1945- . Address: 2508 Chestnut Avenue, Ardmore, PA, 19003. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-01-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | John Sembello, 1945- ; Domicile: United States; Citizenship: United States. Authorship: music, lyrics, musical arrangement. |
| **Rights and Permissions:** | Expect Magic Music, 1314 E Las Olas Blvd, #1074, Fort Lauderdale, FL, 33301, United States |
| **Names:** | Sembello, John, 1945- |



| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format | Full Record ▾   Format for Print/Save |
| Enter your email address: |         Email |



---

Help   Search   History   Titles   Start Over

Case 1:21-cv-04047-VM   Document 90-6   Filed 09/09/22   Page 3 of 3

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page