# EXHIBIT H



The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0002119555
Search Results: Displaying 1 of 1 entries



*Made In America.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002119555 / 2017-07-07 |
| **Application Title:** | Made In America. |
| **Title:** | Made In America. |
| **Appears in:** | "The Documentary 2" by The Game on E One Music Group, no. 9469, 10/9/2015 |
| **Description:** | Compact disk (CD) |
| **Copyright Claimant:** | Marcus Black, Transfer: By written agreement. Address: street not known, city not known. |
|  | Warner-Tamerlane Publishing Corp., Transfer: By written agreement. Address: 10585 Santa Monica Blvd., Los Angeles, CA, 90025. |
|  | Baby Game, Transfer: By written agreement. Address: street not known, city not known. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-10-09 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | The Game, pseud. of Jayceon Terrell Taylor (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | Marcus Black; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| **Previous Registration:** | 1990, V2560P469. |
| **Pre-existing Material:** | Sample "You Got Your Hooks In Me" by Sigler. |
| **Basis of Claim:** | music, lyrics, musical arrangement. |
| **Names:** | Taylor, Jayceon Terrell |
|  | The Game, pseud. |
|  | Black, Marcus |
|  | Warner-Tamerlane Publishing Corp. |

Baby Game



**Save, Print and Email (Help Page)**

Select Download Format  Full Record  Format for Print/Save

Enter your email address:  [          ]  Email

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page