# EXHIBIT I



Lyrics.com

# Made in America

**By Kidd Wes**

I'm making a mission
Im made in america
Flex on the radio, it made me a terrorist
Pessimist niggas, you should just cherish this
2016 Rappers?
(Yeah) you should beware of this

Flex on a hater, finesse on your ex move (Yeah)
Black and white benz, Im making a chess move (Unh)
I'm running the city, I'm making my next move (Woah)
You don't gotta pass? I hope that they checked you (Unh)
I'm making a milestone, coming straight from the south
You hearing my name though? Well don't wear it out
Excellent, Excellent, Excellent Excellent
Your WCW probably on xans and looking for benefits
I'm killing the game
And got a tight grip and there won't be no evidence
How funny I OJ'ed the game and it seems to make
Oh what a relevance
Pessimist niggas, you should just cherish this
2016 Rappers?
(Yeah) you should beware of this

Aux-cord Steve Austin on any beat
I somersault the flow, pick up any hoe
On any street
There's been a lot of talk, There's been a lot of talk
Especially in the street
That's why the numbers count, I can always count
Especially on enemies
Rolling around in an S, feeling like Lex Luger
Mafia style, sorry Benny boy this how I do ya
One for the money, two for the snakes
Heads up for the bullets thats coming from the Jakes
Making America great again, baby that's all it takes