# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**SRu 1-301-922**

**Effective Date of Registration:**
May 24, 2017

## Title

**Title of Work:** Eleven: The Junior Senior Year

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** Emelike Wesley Nwosuocha
  **Pseudonym:** Kidd Wes
  **Author Created:** sound recording
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1987
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Emelike Wesley Nwosuocha
2237 NE 42nd Ave, Homestead, FL, 33033, United States

## Rights and Permissions

**Name:** Emelike Wesley Nwosuocha
**Email:** kiddwes@gmail.com
**Telephone:** (786)531-4022
**Alt. Telephone:** (786)525-8939
**Address:** 2237 NE 42nd Ave
Homestead, FL 33033 United States

## Certification

**Registration #:** SRu001301922
**Service Request #:** 1-5219288781

Emelike Wesley Nwosuocha
2237 NE 42nd Ave
Homestead, FL 33033 United States

```
Type of Work:         Sound Recording

Registration Number / Date:
                      SRu001301922 / 2017-05-24

Application Title: Eleven: The Junior Senior Year.

Title:                Eleven: The Junior Senior Year.

Description:          Electronic file (eService)

Copyright Claimant:
                      Emelike Wesley Nwosuocha, 1987-   .

Date of Creation:  2017

Authorship on Application:
                      Kidd Wes, pseud. of Emelike Wesley Nwosuocha, 1987-
                         (author of pseudonymous work); Domicile: United States;
                         Citizenship: United States. Authorship: sound recording.

Rights and Permissions:
                      Emelike Wesley Nwosuocha, 2237 NE 42nd Ave, Homestead, FL,
                         33033, United States, (786) 531-4022, (786) 525-8939,
                         kiddwes@gmail.com

Copyright Note:    Basis for Registration: Unpublished collection

Names:                Nwosuocha, Emelike Wesley, 1987-
                      Wes, Kidd, pseud., 1987-

================================================================================
```