UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
EMELIKE NWOSUOCHA,                                :
                                                  :
                        Plaintiff,                :
                                                  :   1:21-cv-04047 (VM)
            v.                                    :
                                                  :   **DECLARATION OF**
DONALD MCKINLEY GLOVER, II, et al.,               :   **JONATHAN D. DAVIS**
                                                  :
                        Defendants.               :
                                                  :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JONATHAN D. DAVIS declares as follows:

1.  I am the sole shareholder of Jonathan D. Davis, P.C., attorneys for Defendant Donald Glover in the above-captioned action. I am fully familiar with the matters set forth herein.

2.  I submit this declaration in support of the Defendants[1] joint motion, in accordance with the Order, dated June 24, 2022, under Fed. R. Civ. P. 12(b)(6) for an order: (1) dismissing the Complaint [ECF Dkt. No. 1] because neither the musical composition "Made in America" ("Plaintiff's Composition"), nor the music video embodying Plaintiff's Composition, is registered with the United States Copyright Office, which is a prerequisite to filing a copyright claim; or, alternatively, (2) dismissing the copyright infringement claim for failure to adequately plead "access" or "substantial similarity" between Plaintiff's Composition and "This is America" (the "Challenged Composition").

---

[1] "Moving Defendants" refers to Donald McKinley Glover, II, Ludwig Emil Tomas Göransson, Jefferey Lamar Williams, Kobalt Music Publishing America, Inc. d/b/a Songs of Kobalt Music Publishing, RCA Records, Sony Music Entertainment, Young Stoner Life Publishing, LLC, 300 Entertainment LLC (f//k/a Theory Entertainment LLC d/b/a 300 Entertainment), Roc Nation Publishing LLC d/b/a Songs of Roc Nation, Atlantic Recording Corporation, Songs of Universal, Inc., Warner Music Group Corp., and Warner-Tamerlane Publishing Corp.

3.   Attached as <u>Exhibit A</u> is a copy of the Complaint.

4.   Attached as <u>Exhibit B</u> is U.S. Copyright Registration (Pau000354788) for the musical composition "Made In America," registered in 1981, and authored by David Doyle and A.J. Loria.

5.   Attached as <u>Exhibit C</u> is U.S. Copyright Registration (PA0000890766) for the musical composition "Made In America," registered in 1998, and authored by Richie Sambora and Richie Supa.

6.   Attached as <u>Exhibit D</u> is U.S. Copyright Registration (PA0001768256) for the musical composition "Made In America" registered in 2011, and authored by Frank Ocean, Kanye West, Shawn Carter, Shama Joseph, and Mike Dean.

7.   Attached as <u>Exhibit E</u> is U.S. Copyright Registration (PA0001776533) for the musical composition "Made In America," registered in 2011, and authored by Toby Keith Covel, Bobby Pinson, and Gregory Scott Reeves.

8.   Attached as <u>Exhibit F</u> is U.S. Copyright Registration (PA0001786233) for the musical composition "Made In America," registered in 2012, and authored by John Sembello.

9.   Attached as <u>Exhibit G</u> is U.S. Copyright Registration (PA0001864125) for the musical composition "Made In America," registered in 2013, and authored by Kevin Fransen, Tim Kmet, and Gail Irmen.

10. Attached as <u>Exhibit H</u> is U.S. Copyright Registration (PA0002119555) for the musical composition "Made In America," registered in 2017, and authored by Jayceon Terrell Taylor and Marcus Black.

11. Attached as <u>Exhibit I</u> are the lyrics for Plaintiff's Composition.

12. Attached as <u>Exhibit J</u> are the lyrics for Challenged Composition.

3

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York, on this 9th day of September 2022.

/s/ Jonathan D. Davis
JONATHAN D. DAVIS