# EXHIBIT B



**The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PAu000354788
Search Results: Displaying 1 of 1 entries



*Made in America.*

| | |
|---:|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PAu000354788 / 1981-11-30 |
| **Title:** | Made in America. |
| **Description:** | 1 sound cassette + lyrics (3 p.) |
| **Notes:** | Songs for musical play. |
| **Copyright Claimant:** | David Doyle & A. J. Loria |
| **Date of Creation:** | 1981 |
| **Authorship on Application:** | words: David Doyle; music: A. J. Loria. |
| **Names:** | Doyle, David, 1952- |
| | Loria, A. J., 1947- |



**Save, Print and Email (Help Page)**

Select Download Format  Full Record   Format for Print/Save
Enter your email address: _____  Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page