# EXHIBIT C



**The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0000890766
Search Results: Displaying 1 of 1 entries

◄ previous | next ►

---



*Made in America.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0000890766 / 1998-03-26 |
| **Title:** | Made in America. |
| **Appears in:** | Undiscovered soul. Mercury 314 536 972-2, c1998. Compact disc |
| **Publisher Number:** | Mercury 314 536 972-2 |
| **Performer:** | Performed by Richie Sambora. |
| **Copyright Claimant:** | Polygram International Publishing, Inc., Aggressive Music, EMI April Music, Inc. |
| **Date of Creation:** | 1997 |
| **Date of Publication:** | 1998-02-24 |
| **Authorship on Application:** | words & music: Richie Sambora, Richie Supa. |
| **Names:** | Sambora, Richie |
|  | Supa, Richie |
|  | Polygram International Publishing, Inc. |
|  | Aggressive Music |
|  | EMI April Music, Inc. |

◄ previous | next ►





| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▾  Format for Print/Save |
| Enter your email address: _____  Email |

---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page