# EXHIBIT D



The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001768256
Search Results: Displaying 1 of 1 entries

previous next



**"Made In America".**

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001768256 / 2011-09-12 |
| **Application Title:** | "Made In America" (as recorded by Jay-Z and Kanye West on CD titled "Watch The Throne" on Roc-A-Fella Records) |
| **Title:** | "Made In America". |
| **Description:** | Compact disk (CD) |
| **Copyright Claimant:** | Kanye West. Address: street Not Known, city Not Known. |
|  | Shawn Carter. Address: street Not Known, city Not Known. |
|  | Shama Joseph. Address: street Not Known, city Not Known. |
|  | Mike Dean. Address: street Not Known, city Not Known. |
|  | Bug Music, Transfer: By written agreement. Address: 6100 Wilshire Blvd. Suite 1600, Los Angeles, CA, 90048, United States. |
|  | Heavens Research, Transfer: By written agreement. Address: street Not Known, city Not Known. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-08-12 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Frank Ocean, pseud. of Bug Music, Inc. as employer for hire of Christopher Breaux (author of pseudonymous work), employer for hire; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | Kanye West; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | Jay-Z, pseud. of Shawn Carter; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | Sak Pase, pseud. of Shama Joseph; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | Mike Dean; Domicile: United States; Citizenship: United States. Authorship: music, |

lyrics.

**Names:** Ocean, Frank, pseud.
West, Kanye
Carter, Shawn
Jay-Z, pseud.
Joseph, Shama
Sak Pase, pseud.
Dean, Mike
Bug Music, Inc. as employer for hire of Christopher Breaux
Bug Music
Heavens Research



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▾] [Format for Print/Save] |
| Enter your email address: [            ] [Email] |

Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page