UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
EMELIKE NWOSUOCHA,                                                : 1:21-cv-04047 (VM)
:
                       Plaintiff,                    :
            v.                                                  :
:
DONALD MCKINLEY GLOVER, II, et al.,                               :
:
                       Defendants.                   :
------------------------------------------------------------------X

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Emelike Nwosuocha, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the District Court Decision and Order, entered March 24, 2023 (ECF No. 100), and Judgment, entered March 24, 2023 (ECF No. 101), that granted the Motion to Dismiss of Defendants Donald McKinley Glover, II, Jeffrey Lamar Williams, Ludwig Emil Tomas Gransson, Kobalt Music Publishing America, Inc. d/b/a/ Songs of Kobalt Music Publishing, Sony Music Entertainment, Young Stoner Life Publishing, LLC, 300 Entertainment LLC f/k/a Theory Entertainment LLC d/b/a 300 Entertainment, Atlantic Recording Corporation, Roc Nation Publishing d/b/a Songs of Roc Nation, Songs of Universal, Inc., and Warner-Tamerlane Publishing Corp. with prejudice to leave to amend. This appeal is taken from each and every part of the March 24, 2023 Decision and Order

Dated: New York, New York
April 21, 2023

                                    Respectfully submitted,

                                    **AIDALA, BERTUNA & KAMINS, P.C.**

By:   /s/ Imran H. Ansari
        Imran H. Ansari, Esq.
        546 Fifth Avenue, 6th Floor
        New York, NY 10036
        T: (212) 486-0011
        F: (212) 750-8297
        iansari@aidalalaw.com

*Attorneys for Plaintiff Emelike Nwosuocha*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2023, I caused the foregoing Notice of Appeal to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned action.

Dated: New York, New York
April 21, 2023

                                        **AIDALA, BERTUNA & KAMINS, P.C.**

By:   /s/ Imran H. Ansari
       Imran H. Ansari, Esq.
       546 Fifth Avenue, 6th Floor
       New York, NY 10036
       T: (212) 486-0011
       F: (212) 750-8297
       iansari@aidalalaw.com

*Attorneys for Plaintiff Emelike Nwosuocha*