**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
                                                          :
EMELIKE NWOSUOCHA,                                        :      1:21-cv-04047 (VM)
                                                          :
                              Plaintiff,                  :
                      v.                                  :
                                                          :
DONALD MCKINLEY GLOVER, II, et al.,                       :
                                                          :
                              Defendants.                 :
------------------------------------------------------------------X

<u>**NOTICE OF APPEAL**</u>

     **NOTICE IS HEREBY GIVEN** that Emelike Nwosuocha, Plaintiff in the above-

captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from

the District Court Decision and Order, entered March 24, 2023 (ECF No. 100), and Judgment,

entered March 24, 2023 (ECF No. 101), that granted the Motion to Dismiss of Defendants

Donald McKinley Glover, II, Jeffrey Lamar Williams, Ludwig Emil Tomas Gransson, Kobalt

Music Publishing America, Inc. d/b/a/ Songs of Kobalt Music Publishing, Sony Music

Entertainment, Young Stoner Life Publishing, LLC, 300 Entertainment LLC f/k/a Theory

Entertainment LLC d/b/a 300 Entertainment, Atlantic Recording Corporation, Roc Nation

Publishing d/b/a Songs of Roc Nation, Songs of Universal, Inc., and Warner-Tamerlane

Publishing Corp. with prejudice to leave to amend. This appeal is taken from each and every part

of the March 24, 2023 Decision and Order

Dated:  New York, New York
        April 21, 2023

                            Respectfully submitted,

                            **AIDALA, BERTUNA & KAMINS, P.C.**
                 By:    /s/ Imran H. Ansari
                            Imran H. Ansari, Esq.
                            546 Fifth Avenue, 6th Floor
                            New York, NY 10036
                            T: (212) 486-0011
                            F: (212) 750-8297
                            iansari@aidalalaw.com

                            *Attorneys for Plaintiff Emelike Nwosuocha*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 21, 2023, I caused the foregoing Notice of Appeal to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned action.

Dated: New York, New York
April 21, 2023

**AIDALA, BERTUNA & KAMINS, P.C.**

By:     /s/ Imran H. Ansari
Imran H. Ansari, Esq.
546 Fifth Avenue, 6th Floor
New York, NY 10036
T: (212) 486-0011
F: (212) 750-8297
iansari@aidalalaw.com

*Attorneys for Plaintiff Emelike Nwosuocha*