```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
EMELIKE NWOSUOCHA,                                                :
                                                                  :
                              Plaintiff,                          :   1:21-cv-04047 (VM)
            v.                                                    :
                                                                  :
DONALD MCKINLEY GLOVER, II, et al.,                               :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2024

## STIPULATION TO EXTEND BRIEFING
## SCHEDULE OF DEFENDANTS' JOINT MOTION

WHEREAS, on October 11, 2024, Defendants Donald McKinley Glover, II, Kobalt Music Publishing America, Inc. d/b/a Songs of Kobalt Music Publishing, Sony Music Entertainment, Young Stoner Life Publishing, LLC, 300 Entertainment LLC (f/k/a Theory Entertainment LLC d/b/a 300 Entertainment), Atlantic Recording Corporation, Warner-Tamerlane Publishing Corp., Ludwig Emil Tomas Göransson, Jefferey Lamar Williams, Songs of Universal, Inc., and Roc Nation Publishing LLC d/b/a Songs of Roc Nation (collectively, "Defendants") filed their Joint Motion for Attorney's Fees and Costs (ECF Doc. No. 110) (the "Joint Motion") in the above-captioned action;

WHEREAS, Plaintiff Emelike Nwosuocha ("Plaintiff") and Defendants, through their respective counsel or agents, have conferred regarding Plaintiff's request to Defendants for an extension of the Joint Motion's briefing schedule;

NOW, THEREFORE, Plaintiff and Defendants, by and through their undersigned counsel or agents, hereby stipulate as follows:

1

1. Plaintiff shall file their opposition to the Joint Motion on or before Friday, November 22, 2024.

2. Defendants shall file their reply to the Joint Motion on or before Friday, December 13, 2024.

3. This stipulation may be signed in counterparts, and any facsimile/PDF/electronic signatures shall be deemed original signatures.

Dated: November 11, 2024
        New York, New York

                                                             AIDALA BERTUNA & KAMINS PC.

By:   */s/ Imran H. Ansari*
       Imran H. Ansari
       546 Fifth Avenue, 6th Floor
       New York, New York 10036
       (212) 486-0011
       iansari@aidalalaw.com

*Attorneys for Plaintiff Emelike Nwosuocha*


JONATHAN D. DAVIS, P.C.

By:   */s/ Jonathan D. Davis*
       Jonathan D. Davis
       Anthony LoMonaco
       1 Rockefeller Plaza, Suite 1712
       New York, New York 10020
       (212) 687-5464
       jdd@jddavispc.com

*Attorneys for Defendants Donald McKinley Glover, II, Kobalt Music Publishing America, Inc. d/b/a Songs of Kobalt Music Publishing, Sony Music Entertainment, Young Stoner Life Publishing, LLC, 300 Entertainment LLC (f/k/a Theory Entertainment LLC d/b/a 300 Entertainment), Atlantic Recording Corporation, Warner-Tamerlane Publishing*

*Corp., Ludwig Emil Tomas Göransson, and Jefferey Lamar Williams*

PRYOR CASHMAN LLP

By: /s/ *Donald S. Zakarin*
Donald S. Zakarin
Ilene Farkas
7 Times Square
New York, New York 10036
(212) 326-0188
dzakarin@pryorcashman.com
ifarkas@pryorcashman.com

*Attorneys for Defendant Songs of Universal, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN LLP

By: /s/ *Paul B. Maslo*
Alex Spiro
Paul B. Maslo
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
alexspiro@quinnemanuel.com
paulmaslo@quinnemanuel.com

*Attorneys for Defendant Roc Nation Publishing LLC d/b/a Songs of Roc Nation*

SO ORDERED:

_____
The Honorable Victor Marrero
United States District Court Judge

11/12/2024
_____
Date

3